IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 2:08cv994-MEF |
| | )  (WO) |
| BARRY BIGGS, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for extension of time (Doc. No.6), and for good cause, it is ORDERED that:

1. Plaintiff's motion for extension of time is GRANTED; and

2. Plaintiff is GRANTED an extension from January 29, 2009, to and including February 17, 2009, to forward to the Clerk of this Court the sum of $16.73 as an initial partial filing fee in this action.

Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed.

Done, this 5th day of February, 2009.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE