IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN WALKER,           )<br>                               )<br>     Plaintiff,            )<br>                               )<br>v.                             )<br>                               )<br>BARRY BIGGS, *et al.*,  )<br>                               )<br>                               )<br>     Defendants.       )   | Civil Action No. 2:08cv994-MEF<br>(WO) |

**O R D E R**

On February 5, 2009, this court entered an order granting Plaintiff an extension of time from January 29, 2009, to and including February 17, 2009, to forward to the Clerk of this Court the sum of $16.73 as an initial partial filing fee in this action. Plaintiff was cautioned that his failure to comply with the court's order would result in a recommendation by the undersigned that this case be dismissed. As of this date, the court has not received the initial partial filing fee in this action. Accordingly, it is

**ORDERED that on or before March 27, 2009,** Plaintiff shall forward to the Clerk of this Court the sum of $16.73 as an initial partial filing fee in this action.

Plaintiff is **once more cautioned** that his failure to comply with the court's order will result in a recommendation by the undersigned that this case be dismissed.

Done this 13ʰ day of March, 2009.

                                        /s/Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE